IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re the matter of | NO. 06-05129 |
| ROXANNA BELL, | CHAPTER 13 |
| Debtor. | JUDGE JACK B. SCHMETTERER |

## STATEMENT OF OUTSTANDING OBLIGATIONS

Now comes LITTON LOAN SERVICING, LP, SERVICER FOR CREDIT BASED ASSET SERVICING AND SECURITIZATION LLC, its successors and/or assigns (hereinafter referred to as "LITTON"), a creditor herein, by TERRI M. LONG, its attorney, and files this Statement of Outstanding Obligations:

1. That on May 8, 2006, the Debtor herein filed a petition for relief under Chapter 13 of the Bankruptcy Code.

2. That LITTON is a creditor of the Debtor with respect to a certain mortgage upon real estate, with a common address of 335 Standish Street, Chicago Heights, Illinois 60411.

3. That, on September 2, 2010, the trustee filed and served a Notice of Payment of Final Mortgage Cure Amount.

4. That, as of this date, creditor's records still reflect a balance of $7,825.00, which represents post-petition escrow advances.

5. That this statement is filed in response to trustee's notice and is intended to comply with the requirements set forth in said notice.

Respectively Submitted,

/s/ Terri M. Long
TERRI M. LONG

LAW OFFICES OF TERRI M. LONG
18201 Morris Avenue
Homewood, Illinois 60430
Phone: (708) 922-3301 Fax: (708) 922-3302
Atty. for LITTON LOAN SERVICING, LP, SERVICER FOR CREDIT BASED ASSET SERVICING AND SECURITIZATION LLC, its Successors and/or Assigns